**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
          *Plaintiff-Appellee,*

v.

JUVENILE MALE,
          *Defendant-Appellant.*

No. 07-50107

D.C. No.
CR-06-02713-JAH
Southern District of
California,
San Diego

ORDER

Filed January 13, 2009

Before: Marsha S. Berzon and Sandra S. Ikuta, Circuit
Judges, and James K. Singleton,* Senior District Judge.

## ORDER

The Appellee's petition for rehearing is DENIED. The
Appellant's petition for rehearing is GRANTED. The panel's
opinion, published at 528 F.3d 1146, is VACATED.

---

*The Honorable James K. Singleton, United States District Judge for
the District of Alaska, sitting by designation.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.